

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-19-00155-CV

_____

## IN RE WOODBINE PRODUCTION CORP., LOIN ENERGY CORP., ACTIVA RESOURCES, LLC, FIVE STATES ENERGY CAPITAL FUND I, LLC, LARRY T. LONG, THE LONG TRUSTS, AND LONG PROPERTIES TRUST

_____

## Original Proceeding

## MEMORANDUM OPINION

Relators' Petition for Writ of Mandamus, filed on May 3, 2019, is denied. The Court's stay, issued on May 17, 2019, is lifted.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Neill, and
        Justice Scoggins[1]
Petition denied
Stay lifted
Opinion delivered and filed July 10, 2019
[OT06]

---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.